KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Dawn Michelle Brackett

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – MEDFORD DIVISION

| | |
|---|---|
| Dawn Michelle Brackett**,**<br><br>               Plaintiff,<br><br>     v.<br><br>TransUnion, LLC; Bank of America, National Association; and DOES 1 through 100 inclusive**,**<br><br>               Defendants. | CASE NO.  1:20-cv-01469-CL<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Dawn Michelle Brackett, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant Bank of America, National Association as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)     By the Plaintiff

    (A)     Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

Defendant Bank of America, National Association have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Bank of America, National Association may be dismissed from the Complaint for all purposes and without an Order.

                                       **PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated: September 24, 2020        By: */s/ Kyle W. Schumacher*
                                                           Kyle W. Schumacher
                                                           Attorney for Plaintiff